IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENDALL MCCONNELL,
Plaintiff,

v.

Case No. 19–CV–00755–JPG

AISIN MFG. ILLINOIS, LLC,
Defendant.

# ORDER

This is an employment dispute. Before the Court is Plaintiff Kendall KcConnell's Motion to Dismiss Counts I and II Voluntarily. (ECF No. 30).

> [A]n action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. . . . Unless the order states otherwise, a dismissal under this paragraph . . . is without prejudice.

Fed. R. Civ. P. 41(a)(2). This matter "is within the sound discretion of the district court." *See Kovalic v. DEC Int'l, Inc.*, 855 F.2d 471, 473 (7th Cir. 1988).

The plaintiff's motion states that defense counsel "has no objection" to dismissal of Counts I and II of the Complaint. The Court therefore **DISMISSES** Counts I and II **WITHOUT PREJUDICE**. Only Count III remains.

**IT IS SO ORDERED.**

Dated: Friday, October 30, 2020

S/J. Phil Gilbert
J. PHIL GILBERT
UNITED STATES DISTRICT JUDGE