IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENDALL MCCONNELL,<br>Plaintiff,<br><br>v.<br><br>AISIN MFG. ILLINOIS, LLC,<br>Defendant. | Case No. 19–CV–00755–JPG |

## JUDGMENT

This matter having come before the Court, and the litigants having stipulated to dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1),

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Kendall McConnell's Complaint against Defendant Aisin MFG. Illinois, LLC is **DISMISSED WITH PREJUDICE**.

**Dated: Tuesday, January 12, 2021**           **MARGARET M. ROBERTIE**
                                               **CLERK OF COURT**

                                               **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**